Not Been Heretofore Acquired for the Lands, Tenements and Hereditaments Required for the Purpose of Opening West Farms Road from Southern Boulevard and Westchester Avenue to the Boston Road, etc., in the Twenty-third and Twenty-fourth Wards, City of New York. Henry L. Bridges and Wellesley W. Gage, Two of the Commissioners Herein, Appellants; The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Frank T. Ahern, Appellant, for a Peremptory Writ of Mandamus against William Elder and Others, as Inspectors of Election in and for the Fourth Election District of the Twenty-fifth Assembly District of the County of New York, Constituting the Board of Inspectors of Election of Said Election District, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Demetrius Triantiphyllides and John Carneri, Copartners, Trading and Doing Business under the Firm Name and Style of Trianta & Carneri, Respondents, v. Adrian H. Joline and Douglas Robinson, as Receivers of the Metropolitan Street Railway Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Henry W. Scott, Appellant, v. Whitelaw Reid, Chancellor, and Others, as Regents of the University of the State of New York, Respondents.— Order affirmed, without costs. No opinion.

William C. Haight, Respondent, v. Rufus E. Leavitt and P. Geddes Grant, Copartners, Doing Business under the Firm Name of Leavitt & Grant, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Richard A. Springs and Others, Respondents, v. David W. James, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Peter Julicher and Others, Appellants, v. Daniel Curtin and Alfred Marks, Respondents. H. W. Hunter-Hoecker Company, Appellant, v. Daniel Curtin and Alfred Marks, Respondents.— Orders modified so as to award in each case only one item of ten dollars costs, and as so modified affirmed, without costs. No opinion. Settle orders on notice.

George D. Hurlock, Appellant, v. Sanford Makeever and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Isaac S. Plaut, as Trustee in Bankruptcy of Solomon Rothschild, Bankrupt, Appellant, v. Gorham Manufacturing Company (a Corporation) and 384 Fifth Avenue Company (a Corporation), Respondents.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.

John J. Delany, Respondent, v. R. Fulton Cutting, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

First National Bank of Bangor, Pennsylvania, Appellant, v. William H. Brooks and Mary C. Brooks, as Executors, etc., of Charles F. Brooks, Deceased, and William H. Brooks, Individually, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Barbara Mayer and Millie Hellinger, Respondents, v. Lena Wisan and Others, Impleaded with Isidor Ginsberg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.